No. 6967.

MATILDA J. BOWIE ET AL. VS. JOHN R. WEATHERLY.

Where in a former suit, to which the defendant's authors were parties and himself a witness, it was held upon testimony now objected to by him, that there was error in the description of the land under which he now claims, and that his authors did not acquire the land now claimed under that description, the judgment in that suit will be *res adjudicata* as to him.

His testimony in the first suit is admissible in the second, wherein he is seeking to avail himself of the same error in the description of the land which the court decided in the first suit that his authors could not take advantage of.

A person acquiring land under these circumstances is in no sense a third party, or an innocent purchaser without notice.

APPEAL from the District Court for Tensas. HOUGH, J.

*Steele & Garrett, Kennard, Howe,* and *Prentiss* for Plaintiffs. *J. W. Montgomery* and *Lewis* for Defendant Appellant.

MARR, J., delivered the opinion affirming the judgment, SPENCER, J., recused.